UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for Legacy Mortgage Asset Trust 2020-GS5

Case No: 22-10131 MBK

Chapter: 13

Judge: Michael B. Kaplan

In Re:
Barbara Lorraine Goonetilleke a/k/a Barbara Boley a/k/a Barbara Goonetilleke a/k/a Barbara I Goonetilleke

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Legacy Mortgage Asset Trust 2020-GS5. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 01/18/2022

/s/ Denise Carlon
Denise Carlon
18 Jan 2022, 15:27:11, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: dee09ce19882cf1074725a1d10ee9bb5d4c671c3f6ec9c64e9480054ced1adbb