UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Legacy Mortgage Asset Trust 2020-GS5

In Re:

Barbara Goonetilleke,

Debtor.

Case No.: 22-10131-MBK
Chapter: 13
Hearing Date: 3/9/2022
Judge: Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled     ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 18)

_____

Date: 3/3/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*