Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 22−10131−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Barbara Lorraine Goonetilleke  
aka Barbara Boley, aka Barbara  
Goonetilleke, aka Barbara I Goonetilleke  
18 Route 33 West  
Freehold, NJ 07728

Social Security No.:  
xxx−xx−0326

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on January 6, 2022 and a confirmation hearing on such Plan has been scheduled for April 13, 2022.

The debtor filed a Modified Plan on April 12, 2022 and a confirmation hearing on the Modified Plan is scheduled for May 25, 2022 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 13, 2022  
JAN: pbf

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-10131-MBK
Barbara Lorraine Goonetilleke  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Apr 13, 2022  Form ID: 186  Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Lorraine Goonetilleke, 18 Route 33 West, Freehold, NJ 07728-2504 |
| 519480125 | | FAY SERVICING, PO Box 111209, Nashville, TN 37222-1209 |
| 519480126 | | HLADIK, ONORATO & FEDERMAN, LLC, 1451 Chews Landing Rd Ste 206, Laurel Springs, NJ 08021-2766 |
| 519520714 | | Legacy Mortgage Asset Trust 2020-GS5, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519531615 | | Reliant Loan Servicing, LLC, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519480129 | | SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519480336 | | SHAUN P. GOONETILLEKE, 118 State Route 33, Freehold, NJ 07728-2543 |
| 519489684 | + | Unifund CCR Partners, c/o Ragan & Ragan, PC, 3100 Route 138 West, Wall, NJ 07719-9020 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2022 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2022 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519520714 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 13 2022 20:21:00 | Legacy Mortgage Asset Trust 2020-GS5, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519480127 | | Email/Text: bankruptcy@sccompanies.com | Apr 13 2022 20:21:00 | MONTGOMERY WARD, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519480128 | | Email/Text: signed.order@pfwattorneys.com | Apr 13 2022 20:20:00 | NEW CENTURY FINANCIAL, Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519480129 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 13 2022 20:21:00 | SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: 186 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

**Name**                **Email Address**

Albert Russo
                        docs@russotrustee.com

Denise E. Carlon
                        on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Edward Hanratty
                        on behalf of Debtor Barbara Lorraine Goonetilleke thanratty@centralnewjerseybankruptcylawyer.com
                        aaguirre@centralnewjerseybankruptcylawyer.com

Phillip Andrew Raymond
                        on behalf of Creditor Reliant Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5