| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Phillip A. Raymond, Esq.<br>McCalla Raymer Leibert Pierce, LLC<br>485F Route 1 South, Suite 300<br>Iselin, NJ 08830<br>Telephone: (732) 902-5399<br>NJ_ECF_Notices@mccalla.com<br>Attorneys for Secured Creditor | |
| In Re:<br><br>Barbara Lorraine Goonetilleke<br>aka Barbara Boley<br>aka Barbara Goonetilleke<br>aka Barbara I Goonetilleke | Case No.:   22-10131-MBK<br><br>Chapter:   13<br><br>Hearing Date:   May 25, 2022<br><br>Judge:   Michael B. Kaplan |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter:  Objection to Confirmation of Plan  (ECF No. 16)

_____

Date: April 18, 2022

/s/ Phillip Raymond
Signature

rev.8/1/15