| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| THE LAW OFFICE OF EDWARD HANRATTY |
| Edward Hanratty, Esq. (052151997) |
| 57 W. Main Street, Suite 2D |
| Freehold, NJ 07728 |
| 732-866-6655 |

Order Filed on May 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Barbara Lorraine Goonetilleke

Case No.: 22-10131

Chapter: 13

Judge: MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 12, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of $ _____823.33_____ for services rendered and expenses in the amount of $_____19.96_____ for a total of $_____843.29_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10131-MBK |
| Barbara Lorraine Goonetilleke | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 12, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Barbara Lorraine Goonetilleke, 18 Route 33 West, Freehold, NJ 07728-2504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Barbara Lorraine Goonetilleke thanratty@centralnewjerseybankruptcylawyer.com  aaguirre@centralnewjerseybankruptcylawyer.com |
| Elizabeth K. Holdren | on behalf of Creditor Reliant Loan Servicing  LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Reliant Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: May 12, 2022 Form ID: pdf903 Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6