UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Hill Wallack LLP
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Telephone: (609) 924-0808
Email: eholdren@hillwallack.com
Attorneys for Reliant Loan Servicing, LLC

In Re:

Barbara Lorraine Goonetilleke aka Barbara Boley aka Barbara Goonetilleke aka Barbara I Goonetilleke

Debtor.

Case No.: 22-10131
Chapter: 13
Hearing Date: _____
Judge: MBK

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief  04/28/2022 Doc#35

Date: 05/24/2022

/s/ Elizabeth K. Holdren
Signature

*rev.8/1/15*