Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 22−10131−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara Lorraine Goonetilleke
   aka Barbara Boley, aka Barbara
   Goonetilleke, aka Barbara I Goonetilleke
   18 Route 33 West
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−0326

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 31, 2022.

Dated: May 31, 2022
JAN: dmi

> Jeanne Naughton
> Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 22-10131-MBK

Barbara Lorraine Goonetilleke                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                              Page 1 of 2
Date Rcvd: May 31, 2022                    Form ID: plncf13                        Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Lorraine Goonetilleke, 18 Route 33 West, Freehold, NJ 07728-2504 |
| 519480125 | | FAY SERVICING, PO Box 111209, Nashville, TN 37222-1209 |
| 519480126 | | HLADIK, ONORATO & FEDERMAN, LLC, 1451 Chews Landing Rd Ste 206, Laurel Springs, NJ 08021-2766 |
| 519531615 | | Reliant Loan Servicing, LLC, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519480336 | | SHAUN P. GOONETILLEKE, 118 State Route 33, Freehold, NJ 07728-2543 |
| 519489684 | + | Unifund CCR Partners, c/o Ragan & Ragan, PC, 3100 Route 138 West, Wall, NJ 07719-9020 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 31 2022 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 31 2022 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519520714 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 31 2022 22:05:00 | Legacy Mortgage Asset Trust 2020-GS5, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519480127 | | Email/Text: bankruptcy@sccompanies.com | May 31 2022 22:05:00 | MONTGOMERY WARD, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519480128 | | Email/Text: signed.order@pfwattorneys.com | May 31 2022 22:05:00 | NEW CENTURY FINANCIAL, Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519480129 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 31 2022 22:05:00 | SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 31, 2022 | Form ID: plncf13 | Total Noticed: 12 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Barbara Lorraine Goonetilleke thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Elizabeth K. Holdren | on behalf of Creditor Reliant Loan Servicing  LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Reliant Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6