Order Filed on June 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
Attorneys for Reliant Loan Servicing, LLC

In Re:

Barbara Lorraine Goonetilleke aka Barbara Boley aka Barbara Goonetilleke aka Barbara I Goonetilleke,

Debtor(s).

Case No. 20-10131

Chapter 13

Hearing Date: 5/25/2022

Judge: Michael B. Kaplan, C.U.S.B.J.

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: June 7, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page | 2
Debtor(s): Barbara Lorraine Goonetilleke
Case No: 22-10131
Caption: Order Resolving Motion for Relief from Stay

_____

| | |
|---|---|
| Movant: | Reliant Loan Servicing, LLC |
| Movant's Counsel: | Hill Wallack LLP / Elizabeth K. Holdren, Esq. |
| Debtor's Counsel: | Edward Hanratty, Esq. |
| Property Involved ("Collateral"): | 18 Route 33 W Freehold, NJ 07728 |

Relief sought:

- ✓ **Motion for Relief**
  Motion to dismiss
  Motion for prospective relief to prevent imposition of automatic stay
  against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** as follows:

1. Status of post-petition arrearages:

   - The Debtor is due for **June 1, 2022** payment.

   - The Debtor is overdue for _ payments at $_____ per month.

   - Less Funds held in debtor(s) suspense $_____.

   Total Arrearages Due through **May 31, 2022** is **$0.00**

2. Debtor must cure all post-petition arrearages as follows:

   - Beginning on **June 1, 2022**, regular monthly mortgage payments shall continue to be made in the amount **$268.93**. (subject to change).
   - Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for 6 months.
   - Post-petition arrears in the amount of **$_____** shall be capitalized into debtors' Chapter 13 Plan. Chapter 13 Standing Trustee shall adjust debtors' monthly trustee payments accordingly.

Debtor(s): Barbara Lorraine Goonetilleke
Case No: 22-10131
Caption: Order Resolving Motion for Relief from Stay

_____

3. Payments to the Secured Creditor shall be made to the following address(es):

    ✓ Regular monthly payment:    Fay Servicing, LLC

                                  P.O. Box 814609
                                  Dallas, TX 75381-4609

    Immediate payment:

4. In the event of Default:

If the Debtor fails to make any regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorneys' Fees:

    ✓ The Applicant is awarded attorney's fees of **$500.00** expended in relation to the Motion for Relief and the filing cost of **$188.00**. The fees and costs are payable through the Chapter 13 plan.