**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
Attorneys for Reliant Loan Servicing, LLC

Order Filed on June 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Barbara Lorraine Goonetilleke aka Barbara Boley aka Barbara Goonetilleke aka Barbara I Goonetilleke,

Debtor(s).

Case No. 20-10131

Chapter 13

Hearing Date: 5/25/2022

Judge: Michael B. Kaplan, C.U.S.B.J.

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: June 7, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page | 2**
Debtor(s): Barbara Lorraine Goonetilleke
Case No: 22-10131
Caption: Order Resolving Motion for Relief from Stay
_____

| | |
|---|---|
| Movant: | Reliant Loan Servicing, LLC |
| Movant's Counsel: | Hill Wallack LLP / Elizabeth K. Holdren, Esq. |
| Debtor's Counsel: | Edward Hanratty, Esq. |
| Property Involved ("Collateral"): | 18 Route 33 W Freehold, NJ 07728 |

Relief sought:

- ✓ **Motion for Relief**
  Motion to dismiss
  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** as follows:

1. Status of post-petition arrearages:

   - The Debtor is due for **June 1, 2022** payment.

   - The Debtor is overdue for _ payments at $_____ per month.

   - Less Funds held in debtor(s) suspense $_____.

   Total Arrearages Due through **May 31, 2022** is **$0.00**

2. Debtor must cure all post-petition arrearages as follows:

   - Beginning on **June 1, 2022**, regular monthly mortgage payments shall continue to be made in the amount **$268.93**. (subject to change).
   - Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for 6 months.
   - Post-petition arrears in the amount of **$_____** shall be capitalized into debtors' Chapter 13 Plan. Chapter 13 Standing Trustee shall adjust debtors' monthly trustee payments accordingly.

**Page | 3**
Debtor(s): Barbara Lorraine Goonetilleke
Case No: 22-10131
Caption: Order Resolving Motion for Relief from Stay
_____

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Regular monthly payment:   Fay Servicing, LLC

   P.O. Box 814609
   Dallas, TX 75381-4609

   Immediate payment:

4. In the event of Default:

If the Debtor fails to make any regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorneys' Fees:

   ✓ The Applicant is awarded attorney's fees of **$500.00** expended in relation to the Motion for Relief and the filing cost of **$188.00**. The fees and costs are payable through the Chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-10131-MBK

Barbara Lorraine Goonetilleke

Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Jun 08, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Lorraine Goonetilleke, 18 Route 33 West, Freehold, NJ 07728-2504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Barbara Lorraine Goonetilleke thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Elizabeth K. Holdren | on behalf of Creditor Reliant Loan Servicing LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Reliant Loan Servicing LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 08, 2022 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6