| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-10131 / MBK**

Barbara Lorraine Goonetilleke

Petition Filed Date: 01/06/2022
341 Hearing Date: 02/03/2022
Confirmation Date: 05/25/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/04/2022 | $867.64 | 83199870 | 03/07/2022 | $867.64 | 83228830 | 03/08/2022 | ($867.64) | 83199870 |
| 03/16/2022 | $867.64 | 83434660 | 04/18/2022 | $867.64 | 84056370 | 05/10/2022 | $420.00 | 84586370 |
| 06/07/2022 | $420.00 | 85155230 | 07/11/2022 | $420.00 | 85752000 | 08/10/2022 | $420.00 | 86418010 |
| 09/12/2022 | $420.00 | 87010690 | 10/11/2022 | $420.00 | 87616250 | 11/15/2022 | $420.00 | 88272060 |
| 12/27/2022 | $420.00 | 88979830 | 01/13/2023 | $420.00 | 89366460 | 02/27/2023 | $420.00 | 90185060 |

**Total Receipts for the Period:  $6,802.92    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,802.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Barbara Lorraine Goonetilleke | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 5/12/22 | Attorney Fees | $843.29 | $843.29 | $0.00 |
| 1 | UNIFUND CCR PARTNERS | Unsecured Creditors | $1,704.47 | $0.00 | $1,704.47 |
| 2 | LEGACY MORTGAGE ASSET TRUST 2020-GS5<br>»»  P/18 STATE RTE 33 W/1ST MTG/ORDER 3/22/2 | Mortgage Arrears | $3,795.49 | $711.09 | $3,084.40 |
| 3 | RELIANT LOAN SERVICING, LLC<br>»»  P/18 RT 33 WEST/2ND MTG | Mortgage Arrears | $17,265.91 | $3,284.07 | $13,981.84 |
| 4 | RELIANT LOAN SERVICING, LLC<br>»»  18 ROUTE 33 WEST/ATTY FEES 6/7/22 | Mortgage Arrears | $688.00 | $688.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 2/24/23 | Attorney Fees | $329.63 | $329.63 | $0.00 |

**Chapter 13 Case No. 22-10131 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,802.92 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $5,856.08 | Current Monthly Payment: | $420.00 |
| Paid to Trustee: | $546.24 | Arrearages: | $420.00 |
| Funds on Hand: | $400.60 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

