| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-10131 / MBK**

Barbara Lorraine Goonetilleke

Petition Filed Date: 01/06/2022
341 Hearing Date: 02/03/2022
Confirmation Date: 05/25/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2023 | $420.00 | 89366460 | 02/27/2023 | $420.00 | 90185060 | 03/15/2023 | $420.00 | 90557360 |
| 04/24/2023 | $420.00 | 91261890 | 06/07/2023 | $420.00 | 92101010 | 06/27/2023 | $420.00 | 92416340 |
| 07/28/2023 | $420.00 | 92971450 | 08/30/2023 | $420.00 | 93520180 | 10/03/2023 | $420.00 | 94099340 |
| 10/31/2023 | $420.00 | 94576800 | 12/01/2023 | $420.00 | 95100940 | 01/02/2024 | $420.00 | 95598100 |

**Total Receipts for the Period:  $5,040.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,002.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Barbara Lorraine Goonetilleke | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 5/12/22 | Attorney Fees | $843.29 | $843.29 | $0.00 |
| 1 | UNIFUND CCR PARTNERS | Unsecured Creditors | $1,704.47 | $0.00 | $1,704.47 |
| 2 | LEGACY MORTGAGE ASSET TRUST 2020-GS5<br>»»  P/18 STATE RTE 33 W/1ST MTG/ORDER 3/22/2 | Mortgage Arrears | $3,795.49 | $1,421.84 | $2,373.65 |
| 3 | RELIANT LOAN SERVICING, LLC<br>»»  P/18 RT 33 WEST/2ND MTG | Mortgage Arrears | $17,265.91 | $6,467.90 | $10,798.01 |
| 4 | RELIANT LOAN SERVICING, LLC<br>»»  18 ROUTE 33 WEST/ATTY FEES 6/7/22 | Mortgage Arrears | $688.00 | $688.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 2/24/23 | Attorney Fees | $329.63 | $329.63 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 1/22/24 | Attorney Fees | $140.60 | $0.00 | $140.60 |

**Chapter 13 Case No. 22-10131 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,002.92 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $9,750.66 | Current Monthly Payment: | $420.00 |
| Paid to Trustee: | $867.12 | Arrearages: | $420.00 |
| Funds on Hand: | $385.14 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

