B2100A (Form 2100A) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey (Trenton)**

| | | |
|---|---|---|
| IN RE: | Case No: | 22-10131 |
| | Loan Number (Last 4): | 4140 |

Debtors: Barbara Lorraine Goonetilleke

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

JH Residential Whole Loan Trust
Serviced by Select Portfolio Servicing, Inc.
Name of Transferee

Reliant Loan Servicing, LLC
Fay Servicing, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

Phone: 1-800-258-8602
Last Four Digits of Acct #: 4140

Court Claim # (if known): 3
Amount of Claim: $32,611.19
Date Claim Filed: 03/16/2022
Last Four Digits of Acct #: 5617

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 4140

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mark Cardenas
InfoEx, LLC, as authorized filing agent
(Approved by: Kiara Richardson)

Date: 05/06/2024

Specific Contact Information:

Kiara Richardson - BK Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.