**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

**IN RE:**
**Barbara Lorraine Goonetilleke,**
**aka Barbara Boley**
**aka Barbara Goonetilleke**
**aka Barbara I Goonetilleke**
**Debtor.**
_________________________________/

**CASE NO.: 22-10131-MBK**
**CHAPTER 13**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST
Name of Transferee

MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC
Name of Transferor

Name and Address where notices to Transferee should be sent:
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Court Claim # (if known): 2-1
Amount of Claim: 217423.07
Date Claim Filed: 3/2/2022

Phone: 877-735-3637
Last Four Digits of Acct #: 7942

Phone: 877-735-3637
Last Four Digits of Acct #: 7942

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 7942

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rosa Selmani

Date: August 15, 2024

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Barbara Lorraine Goonetilleke
18 Route 33 West
Freehold, NJ 07728

And via electronic mail to:

Edward Hanratty
57 West Main Street
Ste 2nd Floor, Suite 2d
Freehold, NJ 07728

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Jessica Kerrigan
jkerrigan@raslg.com