UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                                                    CASE NO.: 22-10131
                                                                                          CHAPTER 13

**Barbara Lorraine Goonetilleke,**
Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Attorney for Secured Creditor
> 130 Clinton Rd #202
> Fairfield, NJ 07004
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
>
> By: /s/Kimberly Wilson
> Kimberly Wilson
> Email: kimwilson@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 24, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BARBARA LORRAINE GOONETILLEKE
18 ROUTE 33 WEST
FREEHOLD, NJ 07728

And via electronic mail to:

EDWARD HANRATTY
57 WEST MAIN STREET
STE 2ND FLOOR, SUITE 2D
FREEHOLD, NJ 07728

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Journie Morosky