Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 22-10131 / MEH**

Barbara Lorraine Goonetilleke

Petition Filed Date: 01/06/2022
341 Hearing Date: 02/03/2022
Confirmation Date: 05/25/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2024 | $420.00 | 95598100 | 01/31/2024 | $420.00 | 96084160 | 03/19/2024 | $420.00 | 96917970 |
| 03/25/2024 | $420.00 | 97003290 | 04/29/2024 | $420.00 | 97568460 | 06/03/2024 | $420.00 | 98068120 |
| 07/01/2024 | $420.00 | 98569250 | 07/26/2024 | $420.00 | 98978440 | 08/27/2024 | $420.00 | 99475210 |
| 09/26/2024 | $420.00 | 99954870 | 10/29/2024 | $420.00 | 10047153 | 11/25/2024 | $420.00 | 10088977 |

**Total Receipts for the Period: $5,040.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $16,042.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Barbara Lorraine Goonetilleke | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 5/12/22 | Attorney Fees | $843.29 | $843.29 | $0.00 |
| 1 | UNIFUND CCR PARTNERS | Unsecured Creditors | $1,704.47 | $0.00 | $1,704.47 |
| 2 | US BANK TRUST, NA<br>»» P/18 STATE RTE 33 W/1ST MTG/ORDER 3/22/22/MORGAN STANLEY | Mortgage Arrears | $3,795.49 | $2,246.31 | $1,549.18 |
| 3 | JH RESIDENTIAL WHOLE LOAN TRUST<br>»» P/18 RT 33 WEST/2ND MTG/RELIANT | Mortgage Arrears | $17,265.91 | $10,218.59 | $7,047.32 |
| 4 | JH RESIDENTIAL WHOLE LOAN TRUST<br>»» 18 ROUTE 33 WEST/ATTY FEES 6/7/22/RELIAN | Mortgage Arrears | $688.00 | $688.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 2/24/23 | Attorney Fees | $329.63 | $329.63 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 1/22/24 | Attorney Fees | $140.60 | $140.60 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 5/24/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10131 / MEH**

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,042.92 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $14,466.42 | Current Monthly Payment: | $420.00 |
| Paid to Trustee: | $1,192.20 | Arrearages: | $420.00 |
| Funds on Hand: | $384.30 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**