UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

CORY F. WOERNER (296702019)

In Re:

**Barbara Lorraine Goonetilleke** *aka* **Barbara Boley**

*aka* **Barbara Goonetilleke** *aka* **Barbara I**
**Goonetilleke,**

    **Debtor.**

**Order Filed on May 6, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:    22-10131-MEH

Chapter:    13

Hearing Date:  April 16, 2025

Judge:    Mark Edward Hall

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: May 6, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**Page 2**

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 18 Route 33 West, Freehold, NJ 07728 (the "Subject Property"), and Edward Hanratty, Esquire representing Barbara Lorraine Goonetilleke ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1.  Status of post-petition arrearages:

    ■ The Debtor has brought the account current subsequent to the filing of the Motion for Relief from Stay filed on February 14, 2025.

    Funds Held In Suspense $(150.73).

2.  Debtor must cure all post-petition arrearages, as follows:

    ■ Beginning on May 1, 2025, regular monthly mortgage payments shall continue to be made in the amount of $2,049.27, or in such other amount as required pursuant to a notice of mortgage payment change.

3.  Payments to the Secured Creditor shall be made to the following address(es):

    ■ Regular monthly payment: Selene Finance, LP
    Attn: BK Dept
    3501 Olympus Boulevard
    Dallas Texas  75019

4.  In the event of Default:

    ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of <u>$525.00</u> and costs of $<u>199.00</u>.

The fees and costs are payable:
■ Through the Chapter 13 plan.

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 22-10131-MEH
Barbara Lorraine Goonetilleke                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                         Page 1 of 2
Date Rcvd: May 06, 2025                 Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Barbara Lorraine Goonetilleke, 18 Route 33 West, Freehold, NJ 07728-2504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor JH Residential Whole Loan Trust cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor MEB Loan Trust VIII cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-3                                     User: admin                                     Page 2 of 2

Date Rcvd: May 06, 2025                                  Form ID: pdf903                                 Total Noticed: 1

Edward Hanratty
    on behalf of Debtor Barbara Lorraine Goonetilleke thanratty@centralnewjerseybankruptcylawyer.com
    aaguirre@centralnewjerseybankruptcylawyer.com

Elizabeth K. Holdren
    on behalf of Creditor Reliant Loan Servicing  LLC eholdren@hillwallack.com,
    hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Phillip Andrew Raymond
    on behalf of Creditor Reliant Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10