| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>THE LAW OFFICE OF EDWARD HANRATTY<br>Edward Hanratty, Esq. (052151997)<br>57 W. Main Street, Suite 2D<br>Freehold, NJ 07728<br>732-866-6655 | Order Filed on August 4, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BARBARA GOONETILLEKE | Case No.: 22-10131<br>Chapter: 13<br>Judge: MBK |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 4, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of $ _____678.30_____ for services rendered and expenses in the amount of $_____38.68_____ for a total of $_____716.98_____ . The allowance shall be payable:

 ☑ through the Chapter 13 plan as an administrative priority.

 ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*