Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 22-10131 / MEH**

Barbara Lorraine Goonetilleke

Petition Filed Date: 01/06/2022
341 Hearing Date: 02/03/2022
Confirmation Date: 05/25/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2025 | $420.00 | 10150726 | 01/29/2025 | $420.00 | 10180832 | 02/24/2025 | $420.00 | I1MP64FC6T-F |
| 03/24/2025 | $420.00 | I1VSGY8FKZ-I | 04/23/2025 | $420.00 | I13CGWSW21 | 05/20/2025 | $420.00 | I1XGL93WNG- |
| 06/12/2025 | $485.00 | I19PL699S2-PI | 07/30/2025 | $485.00 | I1DQFMJ3MM- | 08/29/2025 | $485.00 | I1PQFYQQSQ- |
| 10/02/2025 | $485.00 | I1NHFH3J3C-F | 10/06/2025 | ($485.00) | I1NHFH3J3C-F | 11/07/2025 | $970.00 | 151741 |
| 12/08/2025 | $485.00 | 152154 | 01/05/2026 | $485.00 | 152511 | 02/11/2026 | $485.00 | 152939 |

**Total Receipts for the Period: $6,400.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $22,022.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Barbara Lorraine Goonetilleke | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 5/12/22 | Attorney Fees | $843.29 | $843.29 | $0.00 |
| 1 | UNIFUND CCR PARTNERS | Unsecured Creditors | $1,704.47 | $0.00 | $1,704.47 |
| 2 | US BANK TRUST, NA<br>»» P/18 STATE RTE 33 W/1ST MTG/ORDER 3/22/22/MORGAN STANLEY | Mortgage Arrears | $3,795.49 | $2,884.88 | $910.61 |
| 3 | JH RESIDENTIAL WHOLE LOAN TRUST<br>»» 18 RT 33 WEST/2ND MTG/RELIANT | Mortgage Arrears | $17,265.91 | $13,123.51 | $4,142.40 |
| 4 | JH RESIDENTIAL WHOLE LOAN TRUST<br>»» 18 ROUTE 33 WEST/ATTY FEES ORDER 6/7/22/RELIANT | Mortgage Arrears | $688.00 | $688.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 2/24/23 | Attorney Fees | $329.63 | $329.63 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 1/22/24 | Attorney Fees | $140.60 | $140.60 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 5/24/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 5 | US BANK TRUST, NA<br>»» 18 ROUTE 33 WEST/ATTY FEES 5/6/25 | Mortgage Arrears | $724.00 | $724.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 8/4/25 | Attorney Fees | $716.98 | $716.98 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,022.92 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $19,450.89 | Current Monthly Payment: | $485.00 |
| Paid to Trustee: | $1,673.81 | Arrearages: | $485.00 |
| Funds on Hand: | $898.22 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**