UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ.
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
(732) 866-6655



**Order Filed on March 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**BARBARA GOONETILLEKE**

CASE NO.: 22-10131
HEARING DATE:
JUDGE: MEH

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 13, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services

has been rendered, and no objections having been raised, it is:


**ORDERED** that _____Edward Hanratty_____, the applicant, is

allowed a fee of **$46.75** for services rendered and expenses in the amount of

**$00.00** for a total of **$46.75**.  The allowance shall be payable:


_____ through the Chapter 13 plan as an administrative priority.

**X** outside the plan via the debtors retainer.


**FURTHER ORDERED** that _____Edward Hanratty_____, the applicant, is

allowed a fee of **$113.26** for services rendered and expenses in the amount of

**$8.72** for a total of **$121.98**  The allowance shall be payable:

**X** through the Chapter 13 plan as an administrative priority.

_____ outside the plan.


**FURTHER ORDERED** that the debtor's monthly plan is modified to require a payment

of $_____ per month for _____ months to allow for payment of the aforesaid fee.