UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ.
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
(732) 866-6655

**Order Filed on March 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**BARBARA GOONETILLEKE**

CASE NO.: 22-10131
HEARING DATE:
JUDGE: MEH

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 13, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services

has been rendered, and no objections having been raised, it is:

**ORDERED** that _____Edward Hanratty_____, the applicant, is

allowed a fee of **$46.75** for services rendered and expenses in the amount of

**$00.00** for a total of **$46.75**.  The allowance shall be payable:


_____ through the Chapter 13 plan as an administrative priority.

**X**  outside the plan via the debtors retainer.


**FURTHER ORDERED** that _____Edward Hanratty_____, the applicant, is

allowed a fee of **$113.26** for services rendered and expenses in the amount of

**$8.72** for a total of **$121.98**  The allowance shall be payable:

**X**  through the Chapter 13 plan as an administrative priority.

_____ outside the plan.


**FURTHER ORDERED** that the debtor's monthly plan is modified to require a payment

of $_____ per month for _____ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                            Case No. 22-10131-MEH

Barbara Lorraine Goonetilleke                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

**Recip ID           Recipient Name and Address**
db                   + Barbara Lorraine Goonetilleke, 18 Route 33 West, Freehold, NJ 07728-2504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor JH Residential Whole Loan Trust cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor MEB Loan Trust VIII cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-3                         User: admin                                    Page 2 of 2
Date Rcvd: Mar 13, 2026                Form ID: pdf903                          Total Noticed: 1

Edward Hanratty

on behalf of Debtor Barbara Lorraine Goonetilleke thanratty@centralnewjerseybankruptcylawyer.com
aaguirre@centralnewjerseybankruptcylawyer.com;Hanratty.EdwardB125590@notify.bestcase.com

Elizabeth K. Holdren

on behalf of Creditor Reliant Loan Servicing  LLC eholdren@hillwallack.com,
hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Phillip Andrew Raymond

on behalf of Creditor Reliant Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10