UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counselors at Law
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for New American Funding, LLC
Tammy L. Terrell Benoza, Esq
XNAFP166
bankruptcy@fskslaw.com

---

In Re:

BARBARA LORRAINE GOONETILLEKE A/K/A
BARBARA BOLEY A/K/A
BARBARA GOONETILLEKE A/K/A
BARBARA I GOONETILLEKE

                              Debtor.

Case No.: 22-10131 EJO

Chapter:   13

Judge: EAMONN JAMES O'HAGEN

---

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NEW AMERICAN FUNDING, LLC. This party is a party in interest in this case pursuant to a mortgage and is a secured creditor in the foreclosure action. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        ADDRESS:        FEIN, SUCH, KAHN & SHEPARD, P.C.
                        Counselors at Law
                        6 Campus Drive, Suite 304
                        Parsippany, New Jersey 07054

        DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

                        **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                        Attorneys for New American Funding, LLC

Dated: June 2, 2026           */s/ Tammy L. Terrell Benoza*
                         Tammy L. Terrell Benoza, Esq