UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
(732)866-6655

| | |
|---|---|
| In Re:<br><br>BARBARA L. GOONETILLEKE | Case No.: _____ 22-10131 _____<br><br>Judge: _____ EJO _____<br><br>Chapter:       13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____ , at _____ .


☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .


☒ Certification of Default filed by _____ **US BANK TRUST NA** _____ ,

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons **(choose one)**:

☒ Payments have been made in the amount of $ _____ 2,027.68 _____ , but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

I have provided by Attorney a Certified Check payable to his Trust Account in
the amount of $4,054.36 to be applied towards my May 2026 and June 2026
Mortgage Payment. See Exhibit A

3.    This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: 6/12/26

Debtor's Signature

Date: _____

Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*

# EXHIBIT A

← Account History  🔍 ⮕

| | |
|---|---|
| Point Of Sale Withdrawal DD/BR / #334 10009 ASTORIA BLVD E ELMHURST NYUS | -$5.25 |
| JUN 03, 2026 | $1,477.74 |
| External Withdrawal SELENE / FINANCE - MORT PYMNT | -$2,027.68 |
| JUN 03, 2026 | $1,482.99 |
| External Deposit SSA TREAS 310 / - XXSOC SEC | $1,808.00 |
| JUN 03, 2026 | $3,510.67 |
| Point Of Sale Withdrawal DD/ | -$2.87 |

    

Accounts  Make a tr...  Send mo...  Check De...  More

||| ◯ ‹

