**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707

Cory F. Woerner, Esquire (296702019)

| | |
|---|---|
| In Re:<br><br>Barbara Lorraine Goonetilleke,<br>*aka Barbara Boley,*<br>*aka Barbara Goonetilleke,*<br>*aka Barbara I Goonetilleke,*<br>Debtor. | Case No.:     22-10131-EJO<br><br>Chapter:     13<br><br>Hearing Date: July 1, 2026<br><br>Judge:     Eamonn James O'Hagan |

Order Filed on July 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**AGREED ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

ORDERED.

**DATED: July 27, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Page 2
In re: Goonetilleke, Barbara Lorraine \\ 22-10131-EJO
Order Resolving Certification of Default

THIS MATTER having come before the Court on the Creditor's Certification of Default of Selene Finance, LP, as servicing agent for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 18 Route 33 West Freehold, NJ 07728 (the "Subject Property"), and Edward Hanratty, Esquire representing Barbara Lorraine Goonetilleke ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Certification of Default is resolved, subject to the following conditions:

1.  Status of Post-Petition Arrears:

    a.  The Debtor is overdue for 3 months, from May 1, 2026, to July 1, 2026;

    b.  The Debtor is overdue for 3 payments from May 1, 2026, to July 1, 2026, at $2,003.65 per month;

    c.  Less Unapplied Funds: ($233.45);

    d.  Total arrears Due: $5,777.50.

2.  Debtor must cure all post-petition arrears as follows:

    a.  Beginning on August 1, 2026, the Debtor shall resume making regular monthly mortgage payments in the amount of $2,003.65, or in such other amount as may be required pursuant to a timely notice under Fed. R. Bankr. P. 3002.1.

    b.  On or before July 31, 2026, the Debtor shall cure the arrears by making a lumpsum payment of $5,777.50.

3.  Payments to the Secured Creditor shall be made at the following address(es):

    a.  Regular monthly Payments:   Selene Finance, LP
                                    ATTN: BK DEPT
                                    3501 Olympus Blvd., Suite 500
                                    Dallas, TX 75019

Page 3
In re: Goonetilleke, Barbara Lorraine \\ 22-10131-EJO
Order Resolving Certification of Default

b.  Cure Payments:                 Selene Finance, LP
                                   ATTN: BK DEPT
                                   3501 Olympus Blvd., Suite 500
                                   Dallas, TX 75019

c.  Payment may be made to the Secured Creditor by check, money order, certified

funds, ACH telephonic debit, or by any other means the Secured Creditor deems

acceptable.

4.  In the event of default:

a.  Should the Debtor(s) fail to make any of the above captioned payments, or if any regular

monthly mortgage payment or Trustee payments should become more than thirty (30)

days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a

Certification of Default with the Court. A copy of the Certification shall be sent to the

Chapter 13 Trustee, the Debtors, and Debtors' attorney and upon a finding that cause

exists the court shall enter an Order granting relief from the Automatic Stay. Debtor shall

pay be responsible for paying all reasonable costs and fees for each notice or certification

of default issued by Secured Creditor as a result of the Debtor's failure to comply with this

Order.

b.  Acceleration of cure payments: in the event the Debtor(s) default(s) within any such cure

period that is prescribed in this order, any curative payments remaining under this order

shall be due and payable in full.

c.  In the event the Debtor(s)' case convert(s) to a Chapter 7 during the pendency of this

bankruptcy case, regardless of whether conversion of the case is voluntary or involuntary,

the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in

order to bring the loan contractually current. Such payment to bring the account

Page 4
In re: Goonetilleke, Barbara Lorraine \\ 22-10131-EJO
Order Resolving Certification of Default

contractually current is due without further demand of the Secured Creditor. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtor(s), and Debtors' attorney and upon a finding that cause exists the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay be responsible for paying all reasonable costs and fees for each notice or certification of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order

d. This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and upon a finding that causes exists the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay be responsible for paying all reasonable costs and fees for each notice or certification of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order

5. Award of Attorney's Fees:

a. The applicant is hereby awarded attorney's fees of $200.00 and costs of $0.00.

- The fees are payable:

☒Through the Chapter 13 Plan

☐To the Secured Creditor within ___ days

The Movant shall a serve a copy of this order upon the Debtor, Debtor's attorney, and any party entering an appearance with regard to the underlying motion or certification.