**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

Authorized Agent for Secured Creditor

130 Clinton Road, Lobby B, Suite 202

Fairfield, NJ 07004

Telephone: 973-575-0707

Cory F. Woerner, Esquire (296702019)

---

Order Filed on July 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Barbara Lorraine Goonetilleke,
*aka Barbara Boley,*
*aka Barbara Goonetilleke,*
*aka Barbara I Goonetilleke*,

Debtor.

Case No.:    22-10131-EJO

Chapter:    13

Hearing Date:  July 1, 2026

Judge:    Eamonn James O'Hagan

---

**AGREED ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

ORDERED.

**DATED: July 27, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Page 2
In re: Goonetilleke, Barbara Lorraine \\ 22-10131-EJO
Order Resolving Certification of Default

THIS MATTER having come before the Court on the Creditor's Certification of Default of Selene Finance, LP, as servicing agent for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 18 Route 33 West Freehold, NJ 07728 (the "Subject Property"), and Edward Hanratty, Esquire representing Barbara Lorraine Goonetilleke ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Certification of Default is resolved, subject to the following conditions:

1. Status of Post-Petition Arrears:

   a. The Debtor is overdue for 3 months, from May 1, 2026, to July 1, 2026;

   b. The Debtor is overdue for 3 payments from May 1, 2026, to July 1, 2026, at $2,003.65 per month;

   c. Less Unapplied Funds: ($233.45);

   d. Total arrears Due: $5,777.50.

2. Debtor must cure all post-petition arrears as follows:

   a. Beginning on August 1, 2026, the Debtor shall resume making regular monthly mortgage payments in the amount of $2,003.65, or in such other amount as may be required pursuant to a timely notice under Fed. R. Bankr. P. 3002.1.

   b. On or before July 31, 2026, the Debtor shall cure the arrears by making a lumpsum payment of $5,777.50.

3. Payments to the Secured Creditor shall be made at the following address(es):

   a. Regular monthly Payments:     Selene Finance, LP
                                    ATTN: BK DEPT
                                    3501 Olympus Blvd., Suite 500
                                    Dallas, TX 75019

Page 3
In re: Goonetilleke, Barbara Lorraine \\ 22-10131-EJO
Order Resolving Certification of Default

  b. Cure Payments: Selene Finance, LP
     ATTN: BK DEPT
     3501 Olympus Blvd., Suite 500
     Dallas, TX 75019

  c. Payment may be made to the Secured Creditor by check, money order, certified funds, ACH telephonic debit, or by any other means the Secured Creditor deems acceptable.

4. In the event of default:

  a. Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and upon a finding that cause exists the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay be responsible for paying all reasonable costs and fees for each notice or certification of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

  b. Acceleration of cure payments: in the event the Debtor(s) default(s) within any such cure period that is prescribed in this order, any curative payments remaining under this order shall be due and payable in full.

  c. In the event the Debtor(s)' case convert(s) to a Chapter 7 during the pendency of this bankruptcy case, regardless of whether conversion of the case is voluntary or involuntary, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Such payment to bring the account

Page 4
In re: Goonetilleke, Barbara Lorraine \\ 22-10131-EJO
Order Resolving Certification of Default

contractually current is due without further demand of the Secured Creditor. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtor(s), and Debtors' attorney and upon a finding that cause exists the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay be responsible for paying all reasonable costs and fees for each notice or certification of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order

d. This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and upon a finding that causes exists the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay be responsible for paying all reasonable costs and fees for each notice or certification of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order

5. Award of Attorney's Fees:

a. The applicant is hereby awarded attorney's fees of $200.00 and costs of $0.00.

- The fees are payable:

☒Through the Chapter 13 Plan

☐To the Secured Creditor within ___ days

The Movant shall a serve a copy of this order upon the Debtor, Debtor's attorney, and any party entering an appearance with regard to the underlying motion or certification.

United States Bankruptcy Court

District of New Jersey

In re:

Barbara Lorraine Goonetilleke

    Debtor

Case No. 22-10131-EJO

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 27, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

**Recip ID**      **Recipient Name and Address**
db        + Barbara Lorraine Goonetilleke, 18 Route 33 West, Freehold, NJ 07728-2504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor MEB Loan Trust VIII cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor JH Residential Whole Loan Trust cwoerner@raslg.com |
| Edward Hanratty | on behalf of Debtor Barbara Lorraine Goonetilleke thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com;Hanratty.EdwardB125590@notify.bestcase.com |

District/off: 0312-3      User: admin      Page 2 of 2

Date Rcvd: Jul 27, 2026      Form ID: pdf903      Total Noticed: 1

Elizabeth K. Holdren
     on behalf of Creditor Reliant Loan Servicing LLC eholdren@hillwallack.com,
hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Matthew K. Fissel
     on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

Phillip Andrew Raymond
     on behalf of Creditor Reliant Loan Servicing LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Tammy L. Terrell
     on behalf of Creditor New American Funding LLC bankruptcy@fskslaw.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11