UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
(732)866-6655

In Re:

Barbara L. Goonetilleke

Case No.: 22-10131

Chapter: 13

Adv. No.: ____________

Hearing Date: Obj Due: 10/2/2026

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, Arely Aguirre :

☐ represent ____________ in this matter.

☒ am the secretary/paralegal for Edward Hanratty, who represents Debtor in this matter.

☐ am the ____________ in this case and am representing myself.

2. On 09/28/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Application for Compensation for Edward Hanratty (Doc 99)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 09/28/2026

/s/ Arely Aguirre
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Barbara L. Goonetilleke<br>18 Route 33 West<br>Freehold, NJ 07728 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |