UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ.
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
(732) 866-6655

Order Filed on October 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

**BARBARA GOONETILLEKE**

CASE NO.: 22-10131
HEARING DATE:
JUDGE: MBK

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 5, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Edward Hanratty, the applicant, is allowed a fee of **$683.31** for services rendered and expenses in the amount of **$19.33** for a total of **$702.64** The allowance shall be payable:

_X_ through the Chapter 13 plan as an administrative priority.

____ outside the plan.

**FURTHER ORDERED** that the debtor's monthly plan is modified to require a payment of $______ per month for _____ months to allow for payment of the aforesaid fee.